IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VARIOUS PLAINTIFFS | : CONSOLIDATED UNDER<br>: MDL 875 |
| v. | : |
| VARIOUS DEFENDANTS | : |

FILED
JAN - 5 2010
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

O R D E R

**AND NOW**, this **28th** day of **December, 2009**, it is hereby **ORDERED** that all claims against all the viable defendants in the cases listed in Exhibit "A", attached, are **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(a)(2).

It is further **ORDERED** that the case will be transferred to the "Bankruptcy Only" docket[1].

**AND IT IS SO ORDERED.**

_____
EDUARDO C. ROBRENO, J.

---

[1]  The bankruptcy-only docket contains all claims against all defendants in bankruptcy proceedings.

## EXHIBIT A

| PLAINTIFF | CASE NUMBER |
|---|---|
| Beulah Webb | 2:07-cv-62935-ER |
| Rilda Wallace | 2:07-cv-62936-ER |
| CHERYL THOMPSON | 2:09-cv-73373-ER |
| RICHARD THOMPSON | 2:09-cv-73373-ER |
| J. WILLIAMS | 2:09-cv-73374-ER |
| HAROLD CONLEY | 2:09-cv-73378-ER |
| EDDIE BEAVERS | 2:09-cv-73394-ER |
| BETTY BURKHART | 2:09-cv-73395-ER |
| W.B. BURKHART | 2:09-cv-73395-ER |
| EDITH CASE | 2:09-cv-73396-ER |
| GERALD CASE | 2:09-cv-73396-ER |
| MARY EVANS | 2:09-cv-73397-ER |
| DENNIS GALLAGHER | 2:09-cv-73398-ER |
| DONNA HOWELL | 2:09-cv-73399-ER |
| HAROLD HOWELL | 2:09-cv-73399-ER |
| CINDY CALL | 2:09-cv-73400-ER |
| LARRY CALL | 2:09-cv-73400-ER |
| DABNEY BAIRD | 2:09-cv-73401-ER |
| WALTER BROUGHMAN | 2:09-cv-73402-ER |
| ALFRED BOGUESS | 2:09-cv-73403-ER |
| ALLEN BLANKENSHIP | 2:09-cv-73404-ER |
| EARL DOWNEY | 2:09-cv-73405-ER |
| CARL CLARK | 2:09-cv-73406-ER |
| PHILLIP HEIGHTER | 2:09-cv-73407-ER |
| WILLIAM MONROE | 2:09-cv-73408-ER |
| J.R. SIMPSON | 2:09-cv-73409-ER |
| ELLIS THOMPSON | 2:09-cv-73410-ER |
| Winfred Riffee | 2:07-cv-62862-ER |
| Charles Abrams | 2:07-cv-62862-ER |
| Carl Kessel | 2:07-cv-62862-ER |
| Ernest Hayes | 2:07-cv-62862-ER |
| Beldon Huston | 2:07-cv-62862-ER |
| Albert Iafrate | 2:07-cv-62862-ER |
| Theodore King | 2:07-cv-62862-ER |
| James Howard | 2:07-cv-62862-ER |
| John Melton | 2:07-cv-62862-ER |
| ROGER FOSTER | 2:07-cv-62944-ER |
| MELVIN ADKINS | 2:07-cv-62961-ER |
| PHILLIP HEIGHTER | 2:07-cv-62961-ER |
| CARL CLARK | 2:07-cv-62961-ER |
| EARL DOWNEY | 2:07-cv-62961-ER |
| ALLEN BLANKENSHIP | 2:07-cv-62961-ER |
| ALFRED BOGUESS | 2:07-cv-62961-ER |
| WALTER BROUGHMAN | 2:07-cv-62961-ER |
| DABNEY BAIRD | 2:07-cv-62961-ER |
| CARL MILLER | 2:07-cv-62962-ER |
| JOHN SELLERS | 2:07-cv-62962-ER |
| William Richard Garnett | 2:07-cv-63016 |

| | |
|---|---|
| Elden Ray Knight | 2:07-cv-63016 |
| Albert Vincent Dougherty | 2:07-cv-63016 |