IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS          :
LIABILITY LITIGATION (No. VI)     :      Consolidated Under
                                  :      MDL DOCKET NO. 875
CERTAIN PLAINTIFFS                :
                                  :      F I L E D
     v.                           :
                                  :      JAN 11 2010
CERTAIN DEFENDANTS                :
                                  :      MICHAEL E. KUNZ, Clerk
                                         By_____Dep. Clerk

O R D E R

**AND NOW**, this **5th** day of **January, 2010**, it is hereby

**ORDERED** that all claims against all the viable defendants in the

cases listed in "Exhibit A", attached, are dismissed without

prejudice for failure to file severed and amended complaints.


**AND IT IS SO ORDERED.**


_____
EDUARDO C. ROBRENO, J.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT PENNSYLVANIA**
**PENDING CASES FILED IN MDL-875**
**WITH NO COMPLAINT FILED**

| Case Number | Plaintiff | Flag |
|---|---|---|
| 2:09-cv-72101-ER | ALVESTER BROWN | MD |
| 2:09-cv-72102-ER | CONWAY BURNETTE | MD |
| 2:09-cv-72103-ER | DONALD CHANDLER | MD |
| 2:09-cv-72104-ER | THOMAS COBB | MD |
| 2:09-cv-72105-ER | PAUL DICKERSON | MD |
| 2:09-cv-72106-ER | DIANA GOLDSBOROUGH | MD |
| 2:09-cv-72107-ER | GEORGE JOHNSON | MD |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT PENNSYLVANIA
PENDING CASES FILED IN MDL-875
WITH NO COMPLAINT FILED

| Case Number | Plaintiff | Flag |
|---|---|---|
| 2:09-cv-72135-ER | SAMUEL TRUJILLO | PR |
| 2:09-cv-72136-ER | CARMEN MACERA | PR |
| 2:09-cv-72137-ER | ANA GUZMAN | PR |
| 2:09-cv-72138-ER | MARIA CHAPARRO | PR |
| 2:09-cv-72139-ER | LILLIA ANGLERO | PR |
| 2:09-cv-72140-ER | RAFAEL CABALLERO | PR |
| 2:09-cv-72141-ER | ANTONIA FIGUEROA | PR |
| 2:09-cv-72142-ER | MARIA GONZALEZ | PR |
| 2:09-cv-72143-ER | ANTERO FONTANEZ | PR |
| 2:09-cv-72144-ER | AIDA MELENDEZ | PR |
| 2:09-cv-72145-ER | EFRAIN AYALA-OCASIO | PR |
| 2:09-cv-72146-ER | GLADYS FALCON | PR |
| 2:09-cv-72147-ER | LYDIA BERRIOS | PR |
| 2:09-cv-72148-ER | EVELIN CALDERON | PR |
| 2:09-cv-72149-ER | HILDA SANTIAGO | PR |
| 2:09-cv-72150-ER | CANDELARIO ANTONIA | PR |
| 2:09-cv-72151-ER | JUAN CASTRO-MORALES | PR |
| 2:09-cv-72152-ER | CARMEN FALCON | PR |
| 2:09-cv-72153-ER | ASTERIO CORDERO | PR |
| 2:09-cv-72154-ER | ANGEL CRUZ | PR |
| 2:09-cv-72155-ER | CARMELO CRUZ-RAMIS | PR |
| 2:09-cv-72156-ER | ANDRES DAVILA-RODRIGUE | PR |
| 2:09-cv-72157-ER | ISABEL SOSA | PR |
| 2:09-cv-72158-ER | CARMEN FERNANDEZ | PR |
| 2:09-cv-72159-ER | A. GONZALEZ | PR |
| 2:09-cv-72160-ER | GLORIA REYES | PR |
| 2:09-cv-72161-ER | MARIA LEBRON | PR |
| 2:09-cv-72162-ER | SANTOS MARQUEZ-GOMEZ | PR |
| 2:09-cv-72163-ER | PEDRO MELENDEZ-ORTIZ | PR |
| 2:09-cv-72164-ER | PEDRO MELENDEZ-ORTIZ | PR |
| 2:09-cv-72165-ER | SAMUEL TRUJILLO | PR |
| 2:09-cv-72166-ER | JESUS MOLINA | PR |
| 2:09-cv-72167-ER | MERCELINO MORALES-ARRA | PR |
| 2:09-cv-72168-ER | ELADIO NAZARIO | PR |
| 2:09-cv-72169-ER | JAIME ORTA-PACHECO | PR |
| 2:09-cv-72170-ER | JOSE LUIS ORTIZ-RIVERA | PR |
| 2:09-cv-72171-ER | JOSE A. PADILLA | PR |
| 2:09-cv-72172-ER | ANGEL L. PEREZ | PR |
| 2:09-cv-72173-ER | CARMEN SANTOS | PR |
| 2:09-cv-72174-ER | JUDITH PUIG | PR |
| 2:09-cv-72175-ER | CARMELO REYES | PR |
| 2:09-cv-72176-ER | CARMEN G. UMPIERRE | PR |
| 2:09-cv-72177-ER | CLODOMIRO RIOS | PR |
| 2:09-cv-72178-ER | IVETTE JOGLAR | PR |
| 2:09-cv-72179-ER | CANDIDO RIVERA-RAMIREZ | PR |
| 2:09-cv-72180-ER | JUAN A. RIVERA-COLON | PR |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT PENNSYLVANIA**
**PENDING CASES FILED IN MDL-875**
**WITH NO COMPLAINT FILED**

| Case Number | Plaintiff | Flag |
|---|---|---|
| 2:09-cv-72199-ER | ALBA CANCEL-CARRERO | PR |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT PENNSYLVANIA**
**PENDING CASES FILED IN MDL-875**
**WITH NO COMPLAINT FILED**

| Case Number | Plaintiff | Flag |
|---|---|---|
| 2:09-cv-72200-ER | LUZ RODRIGUEZ | PR |
| 2:09-cv-72201-ER | JUAN ROSARIO | PR |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT PENNSYLVANIA
PENDING CASES FILED IN MDL-875
WITH NO COMPLAINT FILED

| Case Number | Plaintiff | Flag |
|---|---|---|
| 2:09-cv-72202-ER | MARGARO SOTO-CUMBA | PR |
| 2:09-cv-72203-ER | MARIA RIVERA | PR |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT PENNSYLVANIA**
**PENDING CASES FILED IN MDL-875**
**WITH NO COMPLAINT FILED**

| Case Number | Plaintiff | Flag |
|---|---|---|
| 2:09-cv-72204-ER | HAROLD KING | LA-M |
| 2:09-cv-72205-ER | ERNEST LOTT | LA-M |
| 2:09-cv-72206-ER | JULIUS PROKOP | LA-M |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT PENNSYLVANIA**
**PENDING CASES FILED IN MDL-875**
**WITH NO COMPLAINT FILED**

| Case Number | Plaintiff | Flag |
|---|---|---|
| 2:09-cv-72207-ER | ADA  BIGGS | LA-M |
| 2:09-cv-72208-ER | NEWMAN  SPANN | LA-M |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT PENNSYLVANIA
PENDING CASES FILED IN MDL-875
WITH NO COMPLAINT FILED

| Case Number | Plaintiff | Flag |
|---|---|---|
| 2:09-cv-72211-ER | LOUIS SUAREZ | TX-S |
| 2:09-cv-72212-ER | STERLING BROOKS | TX-S |
| 2:09-cv-72213-ER | BILL TAYLOR | TX-S |
| 2:09-cv-72214-ER | JOHN SMILEY | TX-S |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT PENNSYLVANIA
PENDING CASES FILED IN MDL-875
WITH NO COMPLAINT FILED

| Case Number | Plaintiff | Flag |
|---|---|---|
| 2:09-cv-72215-ER | JOYCE CASON | TX-S |
| 2:09-cv-72216-ER | RAY BROWN | TX-S |
| 2:09-cv-72217-ER | PEGGY BLACKBURN | TX-S |
| 2:09-cv-72218-ER | JUDY CALDELL | TX-S |
| 2:09-cv-72219-ER | DESSIE RAGLAND | TX-S |
| 2:09-cv-72220-ER | BILLY BROWN | TX-S |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT PENNSYLVANIA
PENDING CASES FILED IN MDL-875
WITH NO COMPLAINT FILED

| Case Number | Plaintiff | Flag |
|---|---|---|
| 2:09-cv-72221-ER | CHARLES BENTON | TX-S |
| 2:09-cv-72222-ER | GLENIS CROW | TX-S |
| 2:09-cv-72223-ER | DOUGLAS GOBER | TX-S |
| 2:09-cv-72224-ER | JAMES HARBIN | TX-S |
| 2:09-cv-72225-ER | NATHAN JONES | TX-S |
| 2:09-cv-72226-ER | BONZELL MCGEE | TX-S |
| 2:09-cv-72227-ER | J. PRAYTOR | TX-S |
| 2:09-cv-72228-ER | DONALD ROBBINS | TX-S |
| 2:09-cv-72229-ER | RODERICK SALSER | TX-S |
| 2:09-cv-72230-ER | VESTER SCOTT | TX-S |
| 2:09-cv-72231-ER | JAMES WALKER | TX-S |
| 2:09-cv-72232-ER | G. WELDON | TX-S |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT PENNSYLVANIA
PENDING CASES FILED IN MDL-875
WITH NO COMPLAINT FILED

| Case Number | Plaintiff | Flag |
|---|---|---|
| 2:09-cv-72233-ER | EMBREW BRADBERRY | TX-S |
| 2:09-cv-72234-ER | STEVEN CARTER | TX-S |
| 2:09-cv-72235-ER | WINSTON CHEATWOOD | TX-S |
| 2:09-cv-72236-ER | CECIL DORSETT | TX-S |
| 2:09-cv-72237-ER | LLOYD FERGUSON | TX-S |
| 2:09-cv-72238-ER | ROBERT HATHCOCK | TX-S |
| 2:09-cv-72239-ER | WILEY HENSON | TX-S |
| 2:09-cv-72240-ER | OTTO JACKSON | TX-S |
| 2:09-cv-72241-ER | HARRY KNOTT | TX-S |
| 2:09-cv-72242-ER | WILL MADDOX | TX-S |
| 2:09-cv-72243-ER | WESLEY MARTIN | TX-S |
| 2:09-cv-72244-ER | JOHN MINOR | TX-S |
| 2:09-cv-72245-ER | FRANK MOSS | TX-S |
| 2:09-cv-72246-ER | DAVID PARTAIN | TX-S |
| 2:09-cv-72247-ER | KENNETH POWELL | TX-S |
| 2:09-cv-72248-ER | O RITCH | TX-S |
| 2:09-cv-72249-ER | MICKEY SIMPSON | TX-S |
| 2:09-cv-72250-ER | RAYMOND SIMS | TX-S |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT PENNSYLVANIA
PENDING CASES FILED IN MDL-875
WITH NO COMPLAINT FILED

| Case Number | Plaintiff | Flag |
|---|---|---|
| 2:09-cv-72251-ER | JAMES ALLISON | TX-S |
| 2:09-cv-72252-ER | WILLIAM MARTIN | TX-S |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT PENNSYLVANIA**
**PENDING CASES FILED IN MDL-875**
**WITH NO COMPLAINT FILED**

| Case Number | Plaintiff | Flag |
|---|---|---|
| 2:09-cv-72253-ER | JOHN HOGAN | TX-S |
| 2:09-cv-72254-ER | MARY HERNANDEZ | TX-S |
| 2:09-cv-72255-ER | HANCEL BOYLES | TX-S |
| 2:09-cv-72256-ER | AMANDA BEARD | TX-S |
| 2:09-cv-72257-ER | DOROTHY TURNER | TX-S |
| 2:09-cv-72258-ER | MARJORIE HOGAN | TX-S |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT PENNSYLVANIA
PENDING CASES FILED IN MDL-875
WITH NO COMPLAINT FILED

| Case Number | Plaintiff | Flag |
|---|---|---|
| 2:09-cv-72259-ER | JOHN ASKEW | TX-S |
| 2:09-cv-72260-ER | HENRY BLOOMINGBURG | TX-S |
| 2:09-cv-72261-ER | WALTER CAPPS | TX-S |
| 2:09-cv-72262-ER | HAROLD EDWARDS | TX-S |
| 2:09-cv-72263-ER | JAMES GANN | TX-S |
| 2:09-cv-72264-ER | MARTIN GARDNER | TX-S |
| 2:09-cv-72265-ER | VENOY GLENN | TX-S |
| 2:09-cv-72266-ER | FRANK HADDER | TX-S |
| 2:09-cv-72267-ER | CLIFTON HOPPER | TX-S |
| 2:09-cv-72268-ER | CHARLES HOWARD | TX-S |
| 2:09-cv-72269-ER | RONALD JOHNSON | TX-S |
| 2:09-cv-72270-ER | GEORGE JOINER | TX-S |
| 2:09-cv-72271-ER | HENRY KEMP | TX-S |
| 2:09-cv-72272-ER | RAY KENDALL | TX-S |
| 2:09-cv-72273-ER | WILLIAM KENDRICK | TX-S |
| 2:09-cv-72274-ER | L KUZMICKI | TX-S |
| 2:09-cv-72275-ER | JACK LATHAM | TX-S |
| 2:09-cv-72276-ER | ELTON MCCRARY | TX-S |
| 2:09-cv-72277-ER | CHARLES MCMANUS | TX-S |
| 2:09-cv-72278-ER | C MEADS | TX-S |
| 2:09-cv-72279-ER | ARTHUR OGLES | TX-S |
| 2:09-cv-72280-ER | JOHN PAYNE | TX-S |
| 2:09-cv-72281-ER | HUGH PHILLIPS | TX-S |
| 2:09-cv-72282-ER | ROBERT STOCKLEY | TX-S |
| 2:09-cv-72283-ER | JAMES TEDFORD | TX-S |
| 2:09-cv-72284-ER | FRANK THOMPSON | TX-S |
| 2:09-cv-72285-ER | FRED THOMPSON | TX-S |
| 2:09-cv-72286-ER | BILLY TURNER | TX-S |
| 2:09-cv-72287-ER | DAVID WIGLEY | TX-S |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT PENNSYLVANIA
PENDING CASES FILED IN MDL-875
WITH NO COMPLAINT FILED

| Case Number | Plaintiff | Flag |
|---|---|---|
| 2:09-cv-72288-ER | HARRY CATSBAN | TX-S |
| 2:09-cv-72289-ER | WILLIAM CRIBBS | TX-S |
| 2:09-cv-72290-ER | HOWARD DEVAUGHN | TX-S |
| 2:09-cv-72291-ER | AMOS DUNCAN | TX-S |
| 2:09-cv-72292-ER | ALFRED FISHER | TX-S |
| 2:09-cv-72293-ER | HUGH GILMORE | TX-S |
| 2:09-cv-72294-ER | WILBERT HATHCOAT | TX-S |
| 2:09-cv-72295-ER | SAM HERRING | TX-S |
| 2:09-cv-72296-ER | CORNEILUS HYDE | TX-S |
| 2:09-cv-72297-ER | RALPH KNOPF | TX-S |
| 2:09-cv-72298-ER | WILLIAM MORRIS | TX-S |
| 2:09-cv-72299-ER | ROY MORRISON | TX-S |
| 2:09-cv-72300-ER | JAMES NICHOLS | TX-S |
| 2:09-cv-72301-ER | JACK PEACOCK | TX-S |
| 2:09-cv-72302-ER | DONALD POE | TX-S |
| 2:09-cv-72303-ER | JACKIE SMITH | TX-S |
| 2:09-cv-72304-ER | JAMES WATTS | TX-S |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT PENNSYLVANIA
PENDING CASES FILED IN MDL-875
WITH NO COMPLAINT FILED

| Case Number | Plaintiff | Flag |
|---|---|---|
| 2:09-cv-72305-ER | JOHNNY BAKER | TX-S |
| 2:09-cv-72306-ER | DARRELL BATES | TX-S |
| 2:09-cv-72307-ER | ROBERT BYRD | TX-S |
| 2:09-cv-72308-ER | NATHAN CHAPMAN | TX-S |
| 2:09-cv-72309-ER | DAN COOLEY | TX-S |
| 2:09-cv-72310-ER | JESSE CRABTREE | TX-S |
| 2:09-cv-72312-ER | ROBERT DEVINE | TX-S |
| 2:09-cv-72313-ER | EARL FAIRCHILD | TX-S |
| 2:09-cv-72314-ER | JAMES GIPSON | TX-S |
| 2:09-cv-72315-ER | HENRY GOREE | TX-S |
| 2:09-cv-72316-ER | RAY HALL | TX-S |
| 2:09-cv-72317-ER | JOHN HARDIN | TX-S |
| 2:09-cv-72318-ER | ALBERT HARRIS | TX-S |
| 2:09-cv-72319-ER | ANDREW HEMBREE | TX-S |
| 2:09-cv-72320-ER | JAMES HENDRICKS | TX-S |
| 2:09-cv-72321-ER | JAMES HORTON | TX-S |
| 2:09-cv-72322-ER | OLLIE HOWZE | TX-S |
| 2:09-cv-72323-ER | PETER JERNIGAN | TX-S |
| 2:09-cv-72324-ER | RONALD KNAPP | TX-S |
| 2:09-cv-72325-ER | CORRIE LAMBETH | TX-S |
| 2:09-cv-72326-ER | TYRO LANDRUM | TX-S |
| 2:09-cv-72327-ER | WILLIAM LAWSHEE | TX-S |
| 2:09-cv-72328-ER | LAWRENCE LEE | TX-S |
| 2:09-cv-72329-ER | WILLIAM LESURE | TX-S |
| 2:09-cv-72330-ER | ODES LINDSEY | TX-S |
| 2:09-cv-72331-ER | WOODIE LOWERY | TX-S |
| 2:09-cv-72332-ER | EDMOND MCILWAIN | TX-S |
| 2:09-cv-72333-ER | LEON MCINTYRE | TX-S |
| 2:09-cv-72334-ER | JACKIE MIDDLETON | TX-S |
| 2:09-cv-72335-ER | ROBERT MILLER | TX-S |
| 2:09-cv-72336-ER | QUINCY NORWOOD | TX-S |
| 2:09-cv-72337-ER | EUGENE OWENS | TX-S |
| 2:09-cv-72338-ER | BUTLER PATTERSON | TX-S |
| 2:09-cv-72339-ER | JOSEPH PORTER | TX-S |
| 2:09-cv-72340-ER | RUFUS RHODES | TX-S |
| 2:09-cv-72341-ER | LEONARD SHADDIX | TX-S |
| 2:09-cv-72342-ER | WALTER SHIVER | TX-S |
| 2:09-cv-72343-ER | LAMBERT SHOTTS | TX-S |
| 2:09-cv-72344-ER | LEONARD SNIDER | TX-S |
| 2:09-cv-72346-ER | LELAND STOKES | TX-S |
| 2:09-cv-72347-ER | JIMMIE TAYLOR | TX-S |
| 2:09-cv-72348-ER | BOBBY THRELKELD | TX-S |
| 2:09-cv-72349-ER | ROLAND UPSHAW | TX-S |
| 2:09-cv-72351-ER | GEORGE WILLIAMS | TX-S |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT PENNSYLVANIA
PENDING CASES FILED IN MDL-875
WITH NO COMPLAINT FILED

| Case Number | Plaintiff | Flag |
|---|---|---|
| 2:09-cv-72352-ER | HAM CARNEY | TX-S |
| 2:09-cv-72356-ER | SHERMAN HERREN | TX-S |
| 2:09-cv-72358-ER | MARSHALL HUGHES | TX-S |
| 2:09-cv-72361-ER | HENRY MCCULLY | TX-S |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT PENNSYLVANIA
PENDING CASES FILED IN MDL-875
WITH NO COMPLAINT FILED

| Case Number | Plaintiff | Flag |
| --- | --- | --- |
| 2:09-cv-72365-ER | HUGH FRAZER | TX-S |
| 2:09-cv-72366-ER | WENDELL NEFF | TX-S |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT PENNSYLVANIA**
**PENDING CASES FILED IN MDL-875**
**WITH NO COMPLAINT FILED**

| Case Number | Plaintiff | Flag |
|---|---|---|
| 2:09-cv-72367-ER | BOBBY GUILLOT | TX-S |
| 2:09-cv-72368-ER | JAMES LEWIS | TX-S |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT PENNSYLVANIA**
**PENDING CASES FILED IN MDL-875**
**WITH NO COMPLAINT FILED**

| Case Number | Plaintiff | Flag |
|---|---|---|
| 2:09-cv-72369-ER | JOSE ALANIZ | TX-S |
| 2:09-cv-72370-ER | JUAN ALONZO | TX-S |
| 2:09-cv-72371-ER | JESSE ARENIVAS | TX-S |
| 2:09-cv-72372-ER | FRANCISCO ARMENTA | TX-S |
| 2:09-cv-72373-ER | CARLOS ARRENDONDO | TX-S |
| 2:09-cv-72374-ER | ARNOLDO CONTRERAS | TX-S |
| 2:09-cv-72375-ER | JAMES COOK | TX-S |
| 2:09-cv-72376-ER | RALPH CUELLAR | TX-S |
| 2:09-cv-72377-ER | FERNANDO DIAZ | TX-S |
| 2:09-cv-72378-ER | RAUL DIOSDADO | TX-S |
| 2:09-cv-72379-ER | DANIEL DURAN | TX-S |
| 2:09-cv-72380-ER | ISAIAS FLORES | TX-S |
| 2:09-cv-72381-ER | JAIME GALLEGOS | TX-S |
| 2:09-cv-72382-ER | ANTONIO GARCIA | TX-S |
| 2:09-cv-72383-ER | JESUS GASPAR | TX-S |
| 2:09-cv-72384-ER | JOSE GONZALEZ | TX-S |
| 2:09-cv-72385-ER | FELIX HEARN | TX-S |
| 2:09-cv-72386-ER | GUSTAVO HERNANDEZ | TX-S |
| 2:09-cv-72387-ER | STEPHEN HUGHES | TX-S |
| 2:09-cv-72388-ER | ARGELIO JARAMILLO | TX-S |
| 2:09-cv-72389-ER | CURTIS KELM | TX-S |
| 2:09-cv-72390-ER | JOHN LOPEZ | TX-S |
| 2:09-cv-72391-ER | ANDRES' MARTINEZ | TX-S |
| 2:09-cv-72392-ER | ALBERT MATA | TX-S |
| 2:09-cv-72393-ER | ALFONSO MENDEZ | TX-S |
| 2:09-cv-72394-ER | ARNULFO MORENO | TX-S |
| 2:09-cv-72395-ER | MURPHY PETROVANI | TX-S |
| 2:09-cv-72396-ER | JESSE QUIJANO | TX-S |
| 2:09-cv-72397-ER | ROBERT RABEL | TX-S |
| 2:09-cv-72398-ER | ENRIQUE RAMIREZ | TX-S |
| 2:09-cv-72399-ER | ROBERT RIDGELL | TX-S |
| 2:09-cv-72400-ER | ARNULFO RODRIGUEZ | TX-S |
| 2:09-cv-72401-ER | YESID SARRIA | TX-S |
| 2:09-cv-72402-ER | KENNETH SPENCER | TX-S |
| 2:09-cv-72403-ER | WELTON SPIKES | TX-S |
| 2:09-cv-72404-ER | JOSE ALANIZ | TX-S |
| 2:09-cv-72405-ER | JOSE ALANIZ | TX-S |
| 2:09-cv-72406-ER | JOSE ALANIZ | TX-S |
| 2:09-cv-72407-ER | JOSE ALANIZ | TX-S |
| 2:09-cv-72408-ER | JOSE ALANIZ | TX-S |
| 2:09-cv-72409-ER | JOSE ALANIZ | TX-S |
| 2:09-cv-72410-ER | JOSE ALANIZ | TX-S |
| 2:09-cv-72411-ER | JOSE ALANIZ | TX-S |
| 2:09-cv-72412-ER | JOSE ALANIZ | TX-S |
| 2:09-cv-72413-ER | JOSE ALANIZ | TX-S |
| 2:09-cv-72414-ER | JOSE ALANIZ | TX-S |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT PENNSYLVANIA
PENDING CASES FILED IN MDL-875
WITH NO COMPLAINT FILED

| Case Number | Plaintiff | Flag |
|---|---|---|
| 2:09-cv-72415-ER | JOSE ALANIZ | TX-S |
| 2:09-cv-72416-ER | JOSE ALANIZ | TX-S |
| 2:09-cv-72417-ER | JOSE ALANIZ | TX-S |
| 2:09-cv-72418-ER | JOSE ALANIZ | TX-S |
| 2:09-cv-72419-ER | LEON GONZALES | TX-S |
| 2:09-cv-72420-ER | EUGENE MANGER | TX-S |
| 2:09-cv-72421-ER | JUAN MARTINEZ | TX-S |
| 2:09-cv-72422-ER | JOSEPH STRONG | TX-S |
| 2:09-cv-72423-ER | EDUVIGIS VALLEJO | TX-S |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT PENNSYLVANIA
PENDING CASES FILED IN MDL-875
WITH NO COMPLAINT FILED

| Case Number | Plaintiff | Flag |
|---|---|---|
| 2:09-cv-72424-ER | JEFF JEANES | TX-S |
| 2:09-cv-72425-ER | FRANCES BROWN | TX-S |
| 2:09-cv-72426-ER | EMMA HAMON | TX-S |
| 2:09-cv-72427-ER | BERTANELL MATTHEWS | TX-S |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT PENNSYLVANIA
PENDING CASES FILED IN MDL-875
WITH NO COMPLAINT FILED

| Case Number | Plaintiff | Flag |
|---|---|---|
| 2:09-cv-72433-ER | MADISON JETER | TX-S |
| 2:09-cv-72434-ER | ALTON BERRY | TX-S |
| 2:09-cv-72435-ER | M DENNIS | TX-S |
| 2:09-cv-72436-ER | LEWIS SUAREZ | TX-S |
| 2:09-cv-72437-ER | WILLIE TUKES | TX-S |
| 2:09-cv-72438-ER | MADISON JETER | TX-S |
| 2:09-cv-72439-ER | MADISON JETER | TX-S |
| 2:09-cv-72440-ER | MADISON JETER | TX-S |
| 2:09-cv-72441-ER | MADISON JETER | TX-S |
| 2:09-cv-72442-ER | MADISON JETER | TX-S |
| 2:09-cv-72443-ER | MADISON JETER | TX-S |
| 2:09-cv-72444-ER | MADISON JETER | TX-S |
| 2:09-cv-72445-ER | MADISON JETER | TX-S |
| 2:09-cv-72446-ER | MADISON JETER | TX-S |
| 2:09-cv-72447-ER | MADISON JETER | TX-S |
| 2:09-cv-72448-ER | MADISON JETER | TX-S |
| 2:09-cv-72449-ER | MADISON JETER | TX-S |
| 2:09-cv-72450-ER | MADISON JETER | TX-S |
| 2:09-cv-72451-ER | MADISON JETER | TX-S |
| 2:09-cv-72452-ER | MADISON JETER | TX-S |
| 2:09-cv-72453-ER | MADISON JETER | TX-S |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT PENNSYLVANIA
PENDING CASES FILED IN MDL-875
WITH NO COMPLAINT FILED

| Case Number | Plaintiff | Flag |
|---|---|---|
| 2:09-cv-72464-ER | INEZ DORMAN | TX-S |
| 2:09-cv-72465-ER | INEZ DORMAN | TX-S |
| 2:09-cv-72466-ER | BETTY LOVE | TX-S |
| 2:09-cv-72467-ER | GLEN BOWMAN | TX-S |
| 2:09-cv-72468-ER | TED BRUCE | TX-S |
| 2:09-cv-72469-ER | DON BURCHETT | TX-S |
| 2:09-cv-72470-ER | J CAGLE | TX-S |
| 2:09-cv-72471-ER | ADRION CLEMENTS | TX-S |
| 2:09-cv-72472-ER | ROBERT CUSTER | TX-S |
| 2:09-cv-72473-ER | GENE FRISBIE | TX-S |
| 2:09-cv-72474-ER | R HALL | TX-S |
| 2:09-cv-72475-ER | DON HAVENS | TX-S |
| | | TX-S |
| 2:09-cv-72477-ER | JIMMY MORRIS | TX-S |
| 2:09-cv-72478-ER | GARLAND NATIONS | TX-S |
| 2:09-cv-72479-ER | JOE NEWBERRY | TX-S |
| 2:09-cv-72480-ER | LEWIS NICHOLS | TX-S |
| 2:09-cv-72481-ER | GEORGE PYLES | TX-S |
| 2:09-cv-72482-ER | DAVID SEAL | TX-S |
| 2:09-cv-72483-ER | DOY SKINNER | TX-S |
| 2:09-cv-72484-ER | JAMES SMITH | TX-S |
| 2:09-cv-72485-ER | RUSSELL STATHAM | TX-S |
| 2:09-cv-72486-ER | RAY STONE | TX-S |
| 2:09-cv-72487-ER | JIMMY TURNER | TX-S |
| 2:09-cv-72488-ER | GEORGE WALKUP | TX-S |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT PENNSYLVANIA**
**PENDING CASES FILED IN MDL-875**
**WITH NO COMPLAINT FILED**

| Case Number | Plaintiff | Flag |
|---|---|---|
| 2:09-cv-72489-ER | GERARD PIPKINS | TX-S |
| 2:09-cv-72490-ER | GEORGE TODD | TX-S |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT PENNSYLVANIA
PENDING CASES FILED IN MDL-875
WITH NO COMPLAINT FILED

| Case Number | Plaintiff | Flag |
|---|---|---|
| 2:09-cv-72955-ER | L. BURNS | WVA-S |
| 2:09-cv-72956-ER | JOE GOODE | WVA-S |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT PENNSYLVANIA
PENDING CASES FILED IN MDL-875
WITH NO COMPLAINT FILED

| Case Number | Plaintiff | Flag |
|---|---|---|
| 2:09-cv-73373-ER | CHERYL THOMPSON | WVA-N |
| 2:09-cv-73374-ER | J. WILLIAMS | WVA-N |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT PENNSYLVANIA
PENDING CASES FILED IN MDL-875
WITH NO COMPLAINT FILED

| Case Number | Plaintiff | Flag |
|---|---|---|
| 2:09-cv-73378-ER | HAROLD CONLEY | WVA-N |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT PENNSYLVANIA**
**PENDING CASES FILED IN MDL-875**
**WITH NO COMPLAINT FILED**

| Case Number | Plaintiff | Flag |
|---|---|---|
| 2:09-cv-73394-ER | EDDIE BEAVERS | WVA-N |
| 2:09-cv-73395-ER | BETTY BURKHART | WVA-N |
| 2:09-cv-73396-ER | EDITH CASE | WVA-N |
| 2:09-cv-73397-ER | MARY EVANS | WVA-N |
| 2:09-cv-73398-ER | DENNIS GALLAGHER | WVA-N |
| 2:09-cv-73399-ER | DONNA HOWELL | WVA-N |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT PENNSYLVANIA
PENDING CASES FILED IN MDL-875
WITH NO COMPLAINT FILED

| Case Number | Plaintiff | Flag |
|---|---|---|
| 2:09-cv-73401-ER | DABNEY BAIRD | WVA-N |
| 2:09-cv-73402-ER | WALTER BROUGHMAN | WVA-N |
| 2:09-cv-73403-ER | ALFRED BOGUESS | WVA-N |
| 2:09-cv-73404-ER | ALLEN BLANKENSHIP | WVA-N |
| 2:09-cv-73405-ER | EARL DOWNEY | WVA-N |
| 2:09-cv-73406-ER | CARL CLARK | WVA-N |
| 2:09-cv-73407-ER | PHILLIP HEIGHTER | WVA-N |
| 2:09-cv-73408-ER | WILLIAM MONROE | WVA-N |
| 2:09-cv-73409-ER | J.R. SIMPSON | WVA-N |
| 2:09-cv-73410-ER | ELLIS THOMPSON | WVA-N |

## Certificate of Service

**MAILED:**

ALAN RICH
ARTHUR GORR
BERT GRIMM
CARLOS JIMENEZ
CARLOS STEFFENS-GUZMAN
CARLOS VALLDEJULY
CHARLES BAGLEY
CHARLES HANEMANN
CRAIG FREEMAN
DANNA SCHWAB
DAVID INDIANO-VI
DEBORAH ROBINSON
DOROTHY LAWRENCE
EDGAR POE
EDWARD BORGES
EDWARD JOHNSON
F. CONRAD
FORREST WILKES
FRANCIS HARMON
FRANK GOTAY-BARQ
FRANK HARMON
GARY ELLISTON
GEORGE SHIPLEY
GLENN SWETMAN
HARRY WOODS
J. LEWIS
JAMES COMPANION
JAMES O'BRIEN
JAMES POTTS

JAMES RILEY
JAMES RION
JANET MACDONELL
JOE WELLS
JOHN ANETAKIS
JOHN BIVINS
JOHN COSMICH
JOHN GRIMLEY
JOHN HAINKEL
JOHN HILL
JOHN HOBLITZELL
JOHN REPCHECK
JOHN SMITH
JOHN WILLIAMS
JON ORNDORFF
JOSEPH MCKERNAN
KATHLEEN LAMBERT
KEVIN MCHARGUE
KIMBERLE LEVINGSTON
KURT GROTEN
LAWRENCE GETTYS
LUIS BUSTAMANTE
M. HILL
MARGARET WARD
MARK SCHAFFER
MARY NICKEL
MICHAEL TOMLIN
MICKAL ADLER
MIGUEL GARAY-AUBAN

MONICA SANTIAGO-VAZQUEZ
PAMELA HEPP
PATRICIA GARRITY-WALKMASTER
PATRICK MCMURTRAY
PEDRO SANTA-SANCHEZ
PETER HILBERT
PETER SMART
R. ELKINS
RAYMOND MATTHEWS
RAYMOND STEVENS
RICHARD BLISS
RICHARD FORMAN
ROBERT ELARBEE
ROBERT PIERCE
ROLAND LEWIS
RONALD BANKSTON
RONALD COLLINS
RUY DIAZ-DIAZ
SCOTT JOHNSON
STERL SHINABERRY
THOMAS BUCK
TIMOTHY GRIFFITH
TROY BROUSSARD
TROY CHARPENTIE
VIRGIL LACY
VIRGINIA HEIMSATH
WADE WEBSTER
WILLIAM BOOK
WILLIAM COZORT
WILLIAM GRAFFAM

**E-MAILED:**

ALBERT PARNELL
ALEXANDER BICKET
ANTONIO GNOCCHI-FRANCO
ARTHUR SADIN
ARTHUR STOUT
BARRYE MIYAGI
BRIAN BOSSIER
BRIAN CLARY
BRIAN ZEMIL
CAROL HASTINGS
CHARLES GIORDANO
CHRISTOPHER GRACE
CONSTANCE WEBER
DAVID ALLEN
DAVID CRAWFORD
DAVID DAMICO
DAVID HENDRICKSO
DAVID NELSON
DAVID STARNES
DAVID WYANT

GARY BEZET
GEOFFREY GAVETT
GEORGE ANETAKIS
GORDON WILSON
HECTOR SANDOVAL
IVAN GUSTAFSON
J. WELCH
JAMES EBANKS
JAMES POWERS
JAMES WALKER
JAMES WYNNE
JAY JALENAK
JOHN BISSELL
JOHN HENDERSON
JOHN MUNDY
JOHN NAGLE
JOHN ROVEN
JOSEPH MCREYNOLDS
JOSEPH RICE
KATHERINE DUYER

MALCOLM BRISKER
MARGARET JOFFE
MICHAEL HUTCHINS
MICHELLE NOORANI
PATRICK RILEY
R. HARTLEY
RICHARD PERLES
ROBERT DILLE
ROBERT O'SHEA
ROBERT SWEENEY
ROGER NEBEL
SANDRA CLARK
STEPHEN FOWLER
STEVEN HARDMAN
STEVEN LUXTON
SUSAN KOHN
THOMAS BERNIER
THOMAS COUGILL
THOMAS RICE
TIFFANY DICKENSON

Multidistrict Dismissal without Prejudice 1.5.10

Certificate of Service

**E-MAILED (con't):**

| | | |
|---|---|---|
| EDWIN ELLINGHAUS | KEITH TRUFFER | TRACY TOMLIN |
| ERIC FALK | KENAN RAND | VALERIE ROSS |
| F. REDDITT | LOUIS GRENZER | VICENTE SANTORI-COLL |
| | | WILLIAM HAUSHALTER |